## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DAVID F. SWAFFORD and MARGIE
SWAFFORD, individually and as parents
and guardians on behalf of A.D., a minor,

      Plaintiff,

v.                                       CASE NO: 8:06-cv-395-T-26EAJ

DEONDRICK W. MATHIS, an individual
and in his capacity as a Teacher's Assistant
with the Lakewood Ranch High School in
Manatee County, Florida; MANATEE COUNTY
SCHOOL BOARD; DR. ROGER DEARING,
an individual and in his capacity as Superintendent
for the Manatee County schools; and MICHAEL
WILDER, an individual and in his capacity as
Principal of Lakewood Ranch High School,

      Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged as follows:

1) The Court will conduct a hearing on Defendants' Motions to Dismiss on Friday, April 7, 2006, at 11:00 a.m., in Courtroom 15B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

2) Plaintiffs shall file their responses to the motions on or before April 3, 2006.

**DONE AND ORDERED** at Tampa, Florida, on March 17, 2006.

                                      s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record